672

Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

GILBERT HAAS, Respondent and Appellant, v. MAURICE WERTHEIM et al., Appellants and Respondents. (Appeal No. 1.)

Hagarty, Johnston, Adel and Taylor, JJ., concur; Carswell, J., concurs in reversal of the judgment as to the first cause of action, but dissents from the reversal of the judgment as to the second cause of action and votes to affirm the judgment in that respect.

GILBERT HAAS, Appellant, v. MAURICE WERTHEIM et al., Respondents. (Appeal No. 2.)

No opinion. Hagarty, Carswell, Johnston, Adel and Taylor, JJ., concur.

BECKWITH HAVENS, Respondent, v. ROCHESTER ROPES, INC., Appellant.—

No opinion. Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur. [179 Misc. 889.]

HENRY HENDRICKSON, Respondent, v. CARTER & WEEKES STEVEDORING COMPANY, Appellant, and UNITED PORT SERVICE, INC., Defendant, Respondent-Appellant.—